**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**THE FOUR FINANCIAL, LLC,**

      **Debtor.**

                                        /

**CASE NO.: 8:25-bk-08387-CPM**
**CHAPTER 11**

*Subchapter V Election*

**NOTICE OF FILING SECOND INTERIM CASH COLLATERAL BUDGET**

    **THE FOUR FINANCIAL, LLC,** ("Debtor"), by and through its undersigned counsel, hereby files the following financial document, that is submitted in support of Debtors request for authorization to use Cash Collateral, as attached:

    1.    Second Interim Cash Collateral Budget for the period covering November 26, 2025, through January 28, 2026.

    **RESPECTFULLY SUBMITTED** this 24th day of November 2025.

                                        /s/ Justin M. Luna
                                        Justin M. Luna, Esq.
                                        Florida Bar No. 0037131
                                        jluna@lathamluna.com
                                        **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
                                        201 S. Orange Avenue, Suite 1400
                                        Orlando, Florida 32801
                                        Telephone:  407-481-5800
                                        Facsimile:  407-481-5801
                                        *Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

**THE FOUR FINANCIAL, LLC,**

    Debtor.

_____/

CASE NO.: 8:25-bk-08387-CPM
CHAPTER 11

*Subchapter V Election*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing has been furnished either electronically or by U.S. First Class, postage prepaid mail to: **THE FOUR FINANCIAL LLC,** 1133 Augustus Drive, Davenport, FL 33896;  the twenty largest creditors listed on the attached mailing matrix; all parties receiving CM/ECF service in this case; **Sub V Trustee**, **Amy Denton Mayer,** 101 E. Kennedy Blvd., Suite 1165., Tampa, FL 33602**; United States Trustee - TPA, c/o Nicole Peair,** Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602; this 24th day of November 2025.

    /s/ Justin M. Luna
    Justin M. Luna, Esq.

| | The Four Financial, LLC | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 8 | 8 |
| Week Of: | 11/26/2025 | 12/3/2025 | 12/10/2025 | 12/17/2025 | 12/24/2025 | 12/31/2025 | 1/7/2026 | 1/14/2026 | 1/21/2026 | 1/28/2026 |
| **Income** | | | | | | | | | | |
| Beginning Cash | **$3,023.00** | $16,163.00 | $37,863.00 | $48,366.00 | $63,455.50 | $118,132.75 | $138,214.00 | $142,423.12 | $155,389.28 | $157,077.63 |
| Income | $224,000.00 | $75,000.00 | $150,000.00 | $211,680.00 | $432,915.00 | $133,875.00 | $177,811.20 | $386,376.64 | $119,483.44 | $168,031.58 |
| Turned over funds | | $359,000.00 | | | | | | | | |
| Total Cash Available | $227,023.00 | $91,163.00 | $187,863.00 | $260,046.00 | $496,370.50 | $252,007.75 | $316,025.20 | $528,799.76 | $274,872.72 | $325,109.21 |
| **Expense** | | | | | | | | | | |
| Advertising / Marketing | | | $2,000.00 | | | | $2,000.00 | | | |
| Bank Fees | | | $315.00 | | | | $315.00 | | | |
| Insurance | | | | $1,845.00 | | | | $1,845.00 | | |
| Inventory Purchases | $201,600.00 | $412,300.00 | $127,500.00 | $169,344.00 | $367,977.75 | $113,793.75 | $160,030.08 | $347,738.97 | $107,535.09 | $151,228.43 |
| Lease / Rent | | | | $2,875.00 | | | | $2,875.00 | | |
| Office Supplies | | | | | | | | | | |
| Payroll – Net | $7,358.34 | | $7,358.34 | | $7,358.34 | | $7,358.34 | | $7,358.34 | |
| Bookkeeping | | | | $375.00 | | | | $375.00 | | |
| Software | | | | $277.00 | | | | $277.00 | | |
| Taxes (Payroll, Sales & Use, Other) | $1,901.66 | | $1,901.66 | | $1,901.66 | | $1,901.66 | | $1,901.66 | |
| Telephone / Internet | | | | $299.50 | | | | $299.50 | | |
| Utilities | | | $422.00 | | | | $422.00 | | | |
| Vehicle Expenses | | | | $1,575.00 | | | $1,575.00 | | | |
| Other Operating Expenses | | | | | | | | | | |
| Shipping Expenses | | | | $20,000.00 | | | | $20,000.00 | | |
| | | | | | | | | | | |
| SUBCHAPTER V TRUSTEE | | | | | $1,000.00 | | | | $1,000.00 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **TOTAL EXPENSES** | | $210,860.00 | $412,300.00 | $139,497.00 | $196,590.50 | $378,237.75 | $113,793.75 | $173,602.08 | $373,410.47 | $117,795.09 | $151,228.43 |
| | | | | | | | | | | |
| **NET INCOME** | | $13,140.00 | $21,700.00 | $10,503.00 | $15,089.50 | $54,677.25 | $20,081.25 | $4,209.12 | $12,966.16 | $1,688.34 | $16,803.16 |
| | | | | | | | | | | |
| **END CASH BALANCE** | | $16,163.00 | $37,863.00 | $48,366.00 | $63,455.50 | $118,132.75 | $138,214.00 | $142,423.12 | $155,389.28 | $157,077.63 | $173,880.79 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:25-bk-08387-CPM<br>Middle District of Florida<br>Tampa<br>Mon Nov 24 11:06:06 EST 2025 | The Four Financial, LLC<br>1133 Augustus Drive<br>Davenport, FL 33896-8630 | 8fig, Inc.<br>5209 Burnet Road<br>Suite 200<br>Austin, TX 78756-2443 |
| Amazon Capital Services, Inc.<br>410 Terry Avenue N<br>Seattle, WA 98109-5210 | American Express<br>200 Vesey Street<br>New York, NY 10285-0002 | Asach Paredes<br>1133 Augustus Drive<br>Davenport, FL 33896-8630 |
| CHTD Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | CT Corporation System<br>as Representative<br>330 N. Brand Blvd.<br>Suite 700, Attn: SPRS<br>Glendale, CA 91203-2308 | Capital One<br>1680 Capital One Dr.<br>Mc Lean, VA 22102-3407 |
| Chase Bank<br>270 Park Avenue<br>New York, NY 10017-2070 | Click Entertainment<br>12250 NW 25th Street<br>Suite 108<br>Miami, FL 33182-1507 | Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| Davis Wright Tremaine, LLP<br>920 Fith Avenue<br>Suite 3300<br>Seattle, WA 98104 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Distritech<br>12600 NW 25th Street<br>Suite 107<br>Miami, FL 33182-1513 |
| Drip Capital<br>555 Bryant Street<br>Suite 356<br>Palo Alto, CA 94301-1704 | ENOD Capital<br>1202 Avenue U<br>Suite 1115<br>Brooklyn, NY 11229-4107 | First Corporate Solutions<br>as Representative<br>914 S Street<br>Sacramento, CA 95811-7025 |
| Flexport Capital LLC<br>760 Market Street, 8th Floor<br>San Francisco, CA 94102-2300 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jeep Capital<br>PO Box 660335<br>Dallas, TX 75266-0335 | Orion Davenport LP and MDU<br>Posner, LLC<br>c/o Orio Real Estate Group<br>200 S Biscayne Blvd 7th FL<br>Miami, FL 33131-2310 | Piekarski Law PLLC<br>Seventeen State Street<br>Suite 1800<br>New York, NY 10004-1600 |
| Santander Consumer USA Inc.<br>d/b/a Chrysler Capital as<br>servicer for CCAP Auto Lease Ltd.<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | (p)SELLERSFUNDING CORP  D B A SELLERSFI<br>ATTN LEGAL<br>1290 WESTON ROAD<br>SUITE 306<br>WESTON FL 33326-1973 | Synovus Bank<br>1148 Broadway<br>Columbus, GA 31901-2429 |
| Synovus Bank<br>c/o Lara Roeske Fernandez, Esq.<br>Trenam Law<br>101 E Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602-5150 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |

| | | |
|---|---|---|
| WIT Entertainment<br>10890 NW 30th Street<br>Miami, FL 33172-2179 | Amy Denton Mayer<br>101 E. Kennedy Blvd.<br>Suite 1165<br>Tampa, FL 33602-5147 | Justin M Luna<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| SellersFunding Corp.<br>1290 Weston Rd<br>Suite 306<br>Fort Lauderdale, FL 33326 | U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Synovus Bank | (u)Synovus | End of Label Matrix<br>Mailable recipients   32<br>Bypassed recipients    2<br>Total                 34 |